IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHAKEEL AKAI CHARLES,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3130

Opinion filed October 14, 2015.

An appeal from an order of the Circuit Court for Duval County.
James H. Daniel, Judge.

Shakeel Akai Charles, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.  See Fla. R. App. P. 9.140(b); S.L.T. Warehouse Co. v. Webb,

304 So. 2d 97 (Fla. 1974).

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.